IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| UNITED STATES OF AMERICA, | ) | No. 24-CR-00115-CJW |
|---|---|---|
| Plaintiff, | ) | **INFORMATION** |
| vs. | ) | Count 1 |
|  | ) | 18 U.S.C. § 1709: Theft of Mail by a |
| CAROL FRAZIER, | ) | Postal Service Employee |
| Defendant. | ) |  |

The United States Attorney charges:

## Count 1
**Theft of Mail by a Postal Service Employee**

Between about May 2023 and August 2023, in the Northern District of Iowa, defendant CAROL FRAZIER, an employee of the United States Postal Service, did steal, abstract, and remove articles and things contained in letters and mail, specifically, gift cards and cash, that were entrusted to defendant and which came into her possession intended to be conveyed by mail and carried and delivered by a carrier, messenger, agent, and other person employed by the Postal Service.

This was in violation of Title 18, United States Code, Section 1709.

TIMOTHY T. DUAX.
United States Attorney

By: /s/ *Kyndra Lundquist*

KYNDRA LUNDQUIST
Assistant United States Attorney